# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### DAVENPORT DIVISION

| | |
|---|---|
| EILEEN THURMAN, Administrator of the Estate of GARRY KISTENMACHER,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.<br><br>**COMPLAINT** |

## NATURE OF ACTION

This is an action under the Federal Tort Claims Act (28 U.S.C. §2671-2680), as amended, for wrongful death of Garry Kistenmacher, an honorably discharged Veteran of the United States Army, for wrongful death arising from negligence in providing medical care by the Department of Veterans Affairs at its Iowa City, Johnson County, Iowa facility. This action also includes claims for loss of consortium for Eileen Thurman, sister of the deceased.

## JURISDICTION

This Court has jurisdiction of the subject matter under 28 U.S.C. §1346(b)(1).

## VENUE

Venue lies in this Judicial District pursuant to 28 U.S.C. §1402(b) as the judicial district wherein the acts or omissions in issue occurred.

## PARTIES

1.	At all times relevant, Plaintiff Eileen Thurman, Administrator of the Estate of Garry Kirstenmacher deceased, was a resident of Wilton, Muscatine County, Iowa. Letter of Appointment Iowa for Muscatine County. Case No. 07701 ESPRO 12142. Garry Kistenmacher, an honorably discharged Veteran of the United States Army; a patient of the United States Department of Veterans Affairs ("VA") at its Iowa City, Iowa facility, who underwent medical evaluation for congestive heart failure on 09/01/2018 by Andrew J. Stall, M.D., Staff Physician at Veterans Health Administration. Garry Kistenmacher died 09/03/2018.

2.	At all times Timothy Anderson was natural born brother of Garry Kistenmacher.

3.	At all times relevant Plaintiff Garry Kirstenmacher was a resident of Wilton, Muscatine County, Iowa.

## COMPLIANCE WITH ADMINSTRATIVE CLAIM FILING REQUIREMENT – 28 U.S.C §2675

4.	On September 9, 2020 the undersigned, Larry D. Helvey, one of Plaintiff's Attorneys, filed three Claims on Standard Form 95 with the Regional Counsel, Department of Veterans Affairs, VARO RM 977, 210 Walnut Street, Des Moines, Iowa. All of those Claims were signed on by Plaintiff in her correct name of Eileen Thurman, as of that date. The claim is for the Estate of Garry Kistenmacher.

5.	The Administrative Tort Claim of Garry Kistenmacher (deceased) was denied after six (6) months and Plaintiff was instructed to contact attorney Sarah Acosta, Department of Veteran's Affairs. This suit is being filed under FTCA, 28 U.S.C. 1346(b) and 2671-2680 and is within six months of the mailing of the notice of denial (28 U.S.C. Section 2401(b)).

## FACTUAL ALLEGATIONS

6. On or about 09/01/2018, Garry Kistenmacher was evaluated for shortness of breath at the VA Medical Center, Iowa City, Iowa. He suffered acute exacerbation of CHF. Andrew Stahl, M.D. evaluated the deceased for CHF on that date. Garry Kirstenmacher subsequently died 09/03/2018 from Congestive Heart Failure (CHF) among other things.

7. Defendant was negligent in one or more of the following:

   a. Failure to thoroughly evaluate Garry Kistenmacher's exacerbation of CHF.

   b. Not performing an echocardiogram to access EF of his heart.

   c. Not admitting him to aggressively treat his CHF with appropriate medication and monitor his course of CHF.

## COUNT I

**By the Estate of Garry Kirstenmacher – Eileen Thurman as Administrator of the Estate of Garry Kirstenmacher Against Defendant the United States of America**

8. Eileen Thurman as Administrator of the Estate of Garry Kirstenmacher for its cause of action in negligence against Defendant, The United States of America states:

9. Plaintiff adopts and repleads paragraphs 1 through 7 of this Complaint.

10. The negligence of Defendant was a proximate cause of injuries and damages of Plaintiff.

11. In this action, Plaintiff Eileen Thurman – Administrator of the Estate of

Garry Kirstenmacher seeks money damages as provided by the laws of the State of Iowa in negligence cases, pursuant to 28 U.S.C. §§1346(b)(1) and 2674 for:

    a.    Loss earnings;

    b.    Loss of future earning capacity;

    c.    Loss of full mind and body past, present and future;

    d.    Physical and metal pain and suffering past, present and future; and.

    e.    Costs of litigation and reasonable attorneys' fees.

## **PRAYER FOR RELIEF – COUNT II**

WHEREFORE, Plaintiff Eileen Thurman – Administrator of the Estate of Garry Kirstenmacher prays for money damages from Defendant as provided by the laws of the State of Iowa, pursuant to 28 U.S.C. §§1346(b)(1) and 2674, for all of the items listed in paragraph 11 above, with interest thereon as provided by law, plus the costs of ligation and reasonable attorneys' fees.

    EILEEN THURMAN, Administrator of the
    Estate of Garry Kirstenmacher, Plaintiffs
    By:  /s/Larry D. Helvey, M.D., J.D.
          Larry Helvey, M.D., J.D.AT0003424
          LARRY HELVEY LAW FIRM
          2735 First Avenue SE, Suite 101
          Cedar Rapids, IA  52402
          Telephone:    (319) 362-0421
          Fax:    (319) 362-3496
          Email:    lhelvey@helveylaw.com